WR-81,003-06

NO. 2012-CR-6387-W1

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

WILBERT PATRICK STEWART

V.

THE STATE OF TEXAS

FROM NO. WR-81,003-06
TRIAL CAUSE NO. 2012-CR-6387

FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGE OF THE COURT OF CRIMINAL
APPEALS:

Comes now, Wilbert Patrick Stewart, Relator, and files this motion for an extension of sixty (60) days in which to file Petition for Discretionary Review. In support of this motion, appellant shows the court the following: That district court violation under 11.07 Habeas Corpus under provision Texas Constitution are in violation by not proceeding further review, and thus even after disputing issue past limitation. District court still continues to violate relator's constitutional amendment under the sixth amendment, and equal protection of Due

p.1

Process on Fourteenth amendment.

## I.

The Petitioner was convicted in the 187 District Court of Bexar County, Texas of the offense of Burglary w/intent to commit assault in Cause No. 2012-CR-6387, styled State of Texas vs. Wilbert Patrick Stewart.

## II.

The present deadline for filing the Petition for Discretionary Review is July 17, 2015. The Petitioner has not requested any extension prior to the request

## III.

Petitioner request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of appeals in denied without written order the application for writ of habeas corpus until 6-26-2015. Petitioner will represent himself pro se on Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 2012-CR-6387 to 8-16-2015.

P2

WILBERT PATRICK STEWART
Petitioner, Pro Se
Texas Department of
Criminal Justice
Ellis unit
TDCJ # 1833832 JD

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to file Petition For Discretionary Review, has been forwarded by U.S. Mail, postage pre paid, first class, to the Attorney for state, Texas, at Austin, and to the STATE Prosecuting Attorney, P.O.Box 124051, Austin, Texas 78711 on this the 28 day of June, 2015.

Wilbert Patrick Stewart
petitioner pro se

I, Wilbert Patrick Stewart, TDCJ # 1833832, being presently incarcerated in the Ellis unit of the Texas Department of Criminal Justice in Walker county, Texas verify and declare under penalty of perjury that the forgoing statements are true and correct.
Executed on this the 28 day of June, 2015.

Wilbert Patrick Stewart
TDCJ # 1833832

p.3